UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-CV-12047-RWZ

MANAGEMATICS LLC

v.

EBAY, INC.

<u>MEMORANUM & ORDER</u>

November 21, 2022

ZOBEL, S.D.J.

The motions to quash filed by non-parties James Grubbs Jr. and Ronald Knapp (Docket ## 38, 40) are ALLOWED and Plaintiff's motion to compel answers to its interrogatories (Docket # 52) is DENIED because the subpoena *duces tecum*, the subpoenas for depositions, and the interrogatory requests all require compliance after the deadline for fact discovery.

Plaintiff's motion for leave to file a third request for production of documents (Docket # 46) is properly treated as a motion to compel compliance with Plaintiff's previous document requests and is ALLOWED as specified. In response to Plaintiff's previous document requests, Defendant shall produce (1) responsive organization charts ~~that are~~ in existence; (2) responsive documents referenced in Bates ## 1-8; and (3) responsive instruction manuals and policy guides that were identified by eBay deponents. Plaintiff may not file its third request for production.

November 21, 2022
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE