UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-CV-12047-RWZ

MANAGEMATICS LLC

v.

EBAY, INC.

MEMORANUM & ORDER

January 25, 2022

ZOBEL, S.D.J.

Defendant's Motion to Exclude Plaintiff's Expert Testimony (Docket # 59) is ALLOWED because Defendant failed to comply with the deadline to designate experts and serve expert reports.

Plaintiff's Motion to Compel Continued 30(b)(6) Deposition of Defendant (Docket # 62) is DENIED because additional testimony is unreasonably cumulative.

Plaintiff's Motion to Enlarge the Period of Time for Discovery (Docket # 68) is DENIED. Fact discovery closed on September 30, 2022, expert discovery closed on December 30, 2022, and Plaintiff has not demonstrated good cause for additional time.

January 26, 2023
DATE

/s/ Rya W. Zobel
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE